In the Matter of the Probate of the Will of JOHN WINTERS, Deceased. JOHN M. WINTERS, Appellant; HENRY WINTERS et al., Respondents.

Argued November 16, 1950; decided March 8, 1951.

*Herbert A. Trebing* for appellant.
*Irving A. Isaacs* for Henry Winters and others, respondents.
*George H. Berman,* respondent in person.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 302 N. Y. 845.]